**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.** 1:20-CR-00056 |
| | ) | |
| Plaintiff, | ) | **JUDGE JOHN R. ADAMS** |
| | ) | |
| vs. | ) | |
| | ) | **REQUEST TO RECOMMEND** |
| **ANDRE WILSON**, | ) | **SERVING SENTENCE IN GEORGIA** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES DEFENDANT, **ANDRE WILSON,** by and through undersigned counsel, Daniel M. Tirfagnehu, and respectfully requests this Honorable Court to offer an recommendation to the Bureau of Prisons to assign Mr. Wilson to serve his sentence in this matter at a federal facility in the state of Georgia. Mr. Wilson's family lives in Georgia. He would like to relocate to the State of Georgia upon his release from federal custody. His cousin, Atoyia Nelson, has offered to allow him to stay at her residence with her family, at 1991 Bridle Path Court, Atlanta, GA 30338, upon his release.

Respectfully Submitted,

*/s/ Daniel Tirfagnehu*
**DANIEL TIRFAGNEHU** (#0066151)
*Counsel for Defendant Andre Wilson*
1220 W. 6th St., Ste. 303
Cleveland, OH 44113
**P:** (216) 622-2700
**F:** (216) 622-2714
**E:** dmt.law@outlook.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Request to Recommend Serving Sentence in Georgia was sent by electronic filing this 5th day of January 2022, to the United States Attorney, Office of the U.S. Attorney, at Carl B. Stokes U.S. Courthouse, Cleveland, Ohio 44113-1830.

Respectfully Submitted,

*/s/ Daniel Tirfagnehu*
**DANIEL TIRFAGNEHU** (#0066151)
*Counsel for Defendant Andre Wilson*